**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER TZE CHIANG LEUNG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CV 13-1810-AS <br><br> **JUDGMENT** |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

   DATED: January 5, 2015.

                                      /s/
                                      _____
                                      ALKA SAGAR
                                      UNITED STATES MAGISTRATE JUDGE